IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHANIE A. HARRISON,

     Plaintiff,                        No. CIV S-06-0959 DFL EFB PS

     vs.

SHASTA COUNTY GOVERNMENT POLICIES,

     Defendant.                      FINDINGS AND RECOMMENDATIONS

/

By an order filed November 14, 2006, plaintiff's application to proceed *in forma pauperis* was denied without prejudice and plaintiff's complaint was dismissed with leave to amend. The order required plaintiff to submit a completed *in forma pauperis* application and amended complaint within thirty days. The order warned plaintiff that failure to do so would result in a recommendation of dismissal. The thirty day period has now expired, and plaintiff has not paid the appropriate filing fee or filed a completed application, nor has she filed an amended complaint. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections with

1

1 the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and
2 Recommendations." Failure to file objections within the specified time may waive the right to
3 appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*
4 *v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

5 DATED: January 8, 2007.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE